[No. 48710-1-II.   Division Two.   June 20, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE ANTONIO WRIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 15-1-00085-3, Scott A. Collier, J., entered March 1, 2016. *Affirmed* by unpublished opinion per Lee, J., concurred in by Maxa, A.C.J., and Sutton, J.

[No. 48941-4-II.   Division Two.   June 20, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK NATHAN SHENAURLT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 15-1-04581-6, Katherine M. Stolz, J., entered April 1, 2016. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Bjorgen, C.J., and Worswick, J.

[No. 49471-0-II.   Division Two.   June 20, 2017.]

KAREN L. FISCHER, *Respondent*, v. BRUCE A. FISCHER, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 06-2-30505-9, Indu Thomas, J. Pro Tem., entered July 29, 2016. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Johanson and Sutton, JJ.

[No. 49637-2-II.   Division Two.   June 20, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHANIEL JONES III, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 16-1-00873-2, Gary R. Tabor, J., entered September 22, 2016. *Remanded with instructions* by unpublished opinion per Johanson, J., concurred in by Worswick and Sutton, JJ.